IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WARREN HOWARD**                                                            **PLAINTIFF**

v.                                         **CAUSE NO. 1:16CV127-LG-RHW**

**FORD MOTOR COMPANY and**
**GENERAL MOTORS LLC**                                        **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendants. Plaintiff's claims against the defendants are **DISMISSED with prejudice**.

**SO ORDERED AND ADJUDGED** this the 29th day of July, 2016.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE